AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rowland, Mary M. | 2. Court or Organization<br><br>United States District Court Northern District of Illinois | 3. Date of Report<br><br>04/16/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge: Full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>219 S. Dearborn Suite 1332<br>Dirksen Federal Building<br>Chicago, IL 60604 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (unfunded) |
| 2. | Member of Board of Directors | Federal Bar Association, Chicago Chapter |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 04/16/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Staff Member, Chicago Lawyers' Committee for Civil Rights Under the Law |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 04/16/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Tim Gullicksen, | Gift        first year of college tuition | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Emory University | Tuition Agreement | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 04/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Annuity A: Northwestern Mutual Variable Account (H) | | | | | | | | | |
| 2.   -Index 500 Stock/MSA | A | Int./Div. | K | T | | | | | |
| 3.   -Mid Cap Value (MSA/Amer Century) | A | Int./Div. | K | T | | | | | |
| 4.   -Index 600 (MSA) | A | Int./Div. | J | T | | | | | |
| 5.   -International Equity/MWS/Franklin Tmpl | A | Int./Div. | K | T | | | | | |
| 6.   -Short Term Bond/MSA/T.Rowe Price | A | Int./Div. | K | T | | | | | |
| 7.   -Russell Core/Strategic Bond Fund* | A | Int./Div. | K | T | | | | | |
| 8.   529 U Fund: Illinois Plan (H) | | | | | | | | | |
| 9.   -Index Age Based 19+ | B | Int./Div. | L | T | | | | | |
| 10.   Annuity B: Northwestern Variable Annuity Account (H) | | | | | | | | | |
| 11.   -Index 500 Stock (MSA) | A | Int./Div. | J | T | | | | | |
| 12.   -Mid Cap Value (MSA/Am Century) | A | Int./Div. | J | T | | | | | |
| 13.   -Index 600 Stock (MSA) | A | Int./Div. | J | T | | | | | |
| 14.   -International Equity/MSA/Franklin Tmpl | A | Int./Div. | J | T | | | | | |
| 15.   -Short Term Bond/MSA/T. Rowe Price | A | Int./Div. | J | T | | | | | |
| 16.   -Russell Core/Strategic Bond Fund* | A | Int./Div. | J | T | | | | | |
| 17.   New York Life Fixed Rate (2%) Annuity | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 04/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TD Ameritrade Roth IRA #1 DFA US LC Value | A | Dividend | J | T | | | | | |
| 19. TD Ameritrade Rollover IRA #1 (H) | | | | | | | | | |
| 20. -DFA Emerging Mkts | A | Dividend | K | T | | | | | |
| 21. -iShare Core S&P SC ETF | A | Dividend | K | T | | | | | |
| 22. -iShare R 1000 ETF | B | Dividend | M | T | | | | | |
| 23. -iShare Morningstar SC Value ETF | B | Dividend | K | T | | | | | |
| 24. -Oppenheimer Int'l Growth | A | Dividend | L | T | | | | | |
| 25. -Pimco Total Return | D | Int./Div. | L | T | | | | | |
| 26. -Vanguard Small Cap Value ETF | A | Dividend | J | T | | | | | |
| 27. -Vanguard ST Inv Grade Bond Fund | A | Int./Div. | K | T | | | | | |
| 28. Harbor Bond Fund Institutional Class | A | Int./Div. | J | T | | | | | |
| 29. TD Ameritrade Roth IRA #2 DFA US LC Value | C | Dividend | L | T | | | | | |
| 30. TD Ameritrade Rollover IRA #2 (H) | | | | | | | | | |
| 31. -DFA US LC Value | D | Dividend | M | T | | | | | |
| 32. -iShare R 1000 ETF | A | Dividend | J | T | | | | | |
| 33. -Pimco Total Return | C | Int./Div. | K | T | | | | | |
| 34. TD Ameritrade SEP IRA (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 04/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Pimco Total Return | A | Int./Div. | J | T | | | | | |
| 36. -Vanguard ST Inv Grade Bond Fund | A | Int./Div. | J | T | | | | | |
| 37. Ameritas Variable Annuity (H) | | | | | | | | | |
| 38. -DFA VA US Int'l Small | B | Int./Div. | J | T | | | | | |
| 39. -DFA VA US Large Value | A | Interest | J | T | | | | | |
| 40. -DFA VA ST Fixed | A | Int./Div. | K | T | | | | | |
| 41. -DFA VA US Targeted Value | A | Int./Div. | J | T | | | | | |
| 42. -Pimco Total Return | B | Int./Div. | K | T | | | | | |
| 43. -Vanguard VIF Equity Inc | A | Int./Div. | K | T | | | | | |
| 44. 403b: AB Multi Manage Select 2030K | A | Int./Div. | J | T | | | | | |
| 45. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 04/16/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: Although I am Trustee of Trust #1, it is unfunded and contains no assets.

Part VII. Lines 7 & 16:  On May 1, 2017, Russell Core Bond Fund was renamed Strategic Bond Fund.  I did not buy, sell or redeem and units, the Fund was simply renamed.  The amount of money remained the same. I do not know why this name change was not reported on my 2017 FDR.  The Fund was the Russell Core Fund through April of 2017.  But this name change should have been corrected on my 2017 FDR.

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 04/16/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary M. Rowland**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544